UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS NIEVES,

    Plaintiff,

v.

KIEKERT AG, *et al.*,

    Defendants.

Case No. 20-cv-11467
Hon. Matthew F. Leitman

_____/

## ORDER DIRECTING PLAINTIFF TO AMEND AND CORRECT THE APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS (ECF No. 3)

Plaintiff Curtis Nieves filed this Complaint on May 27, 2020. (*See* Compl., ECF No. 1.) The same day, Nieves filed an Application to Proceed Without Prepaying Fees or Costs. (*See* Application, ECF No. 3.)

Nieves' Application appears to be erroneous in at least some respects. For instance, Nieves claims that he has not received any employment-related pay or wages – or any other income from a business, profession, or other self-employment – in the past 12 months. (*See id.*, PageID.43.) But Nieves' Complaint alleges that he was unlawfully terminated on September 13, 2019. (*See* Compl., ECF No. 1, PageID.2.) If so, then Nieves would presumably have been receiving employment-related income during the past 12 months that he did not report on his Application.

1

Nieves must report all income he has received in the past 12 months in order to complete the Application.

Further, Nieves answered "Does not apply to me" for Questions 5–8 in the Application. (*See* Application, ECF No. 3, PageID.44.)  These questions do apply to Nieves, and he must answer them.  For example, Question 5 of the Application asks if Nieves owns, among other things, an automobile or any other thing of value.  He must answer if he does, and if so he must describe the property that he owns and its approximate value.

Accordingly, the Court hereby **DIRECTS** Nieves to amend and correct his Application by (1) identifying all of his income that he received in the past 12 months, including any pay he received before he was terminated, and (2) answering Questions 5–8 in the Application.  Nieves shall file an amended and corrected Application by not later than **JUNE 20, 2020**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  June 9, 2020

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 9, 2020, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (810) 341-9764